**John Brown**

**To:**          Michael Mowla
**Subject:**    RE: Hill III, PD-0019-15

**FILED IN
COURT OF CRIMINAL APPEALS

OCT 13 2015

Abel Acosta, Clerk**

Thank you , Michael.

John Brown
Court of Criminal Appeals

**From:** Michael Mowla [mailto:michael@mowlalaw.com]
**Sent:** Friday, October 09, 2015 6:09 PM
**To:** Abel Acosta
**Cc:** John Brown
**Subject:** Hill III, PD-0019-15

Abel & John:

On behalf of Mr. Hill III, I will appear for oral argument on November 4, 2015 at 9:00 a.m.

Please confirm receipt of this email and acknowledgment. Thanks.

**Michael Mowla
Attorney
P.O. Box 868
Cedar Hill, TX 75106
Dallas County
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
http://www.mowlalaw.com**



**BOARD
CERTIFIED®**
Texas Board of Legal Specialization

**CRIMINAL APPELLATE LAW**